## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO (CANTON)

**IN RE:**                                        CASE NO. 20-60922
                                                  JUDGE RUSS KENDIG
JOSEPH GARY TOPA                                  CHAPTER 13

DEBTOR                        **APPLICATION FOR ALLOWANCE OF ATTORNEY FEES**

Now comes Deborah L. Mack, Counsel for Debtor, and hereby makes application for an allowance of reasonable attorney fees for services rendered or to be rendered in this case and to be paid from the monies paid in by or for the Debtor under provisions of the plan.

This case commenced on May 26, 2020 as a Chapter 13 over the means case with 100% repayment to nonpriority unsecured creditors plus 2.75% interest in which Counsel's fee was $3,900 and paid at the time of filing. Counsel met with Debtor on a frequent basis over the two-year duration of this case, performed due diligence research, prepared his petition, plans and related court documents, coordinated tax return requests, coordinated TFS payments to Trustee, coordinating his taking the two required financial courses, coordinated his utility costs, house repair verification/estimates including 30 pictures, reviewing each claim with Debtor, downloaded National Data Center's information on his case and made into meaningful Excel spreadsheets so that Debtor charted his progress throughout his case. Debtor frequented the office because stays well-informed of his finances, is without a computer/scanner/printer and wants thorough explanations. Counsel requests approval of the attached invoice in the amount of $3,900 for the services performed by her staff and her regarding this case. The amount requested is reasonable for the amount of services performed by Counsel and her staff.

**WHEREFORE**, Counsel requests that her application be approved.

Respectfully submitted,

/s/ Deborah L Mack
Attorney Deborah L Mack, JD/MBA#0067347
53 E Main St, Lexington, Ohio 44904
419.884.4600
800.410.3620 facsimile
Debbie@OhioFinancial.Lawyer
Attorney for Debtor

## CERTIFICATE OF SERVICE

I, hereby certify that the foregoing Application for Allowance of Attorney Fees was electronically transmitted on August 11, 2022, to the following who are listed on the Court's Electronic Mail Notice List:

- Eric S. Miller                       ericmiller@neo.rr.com
- Dynele L Schinker-Kuharich      DLSK@Chapter13Canton.com
- United States Trustee            (Registered address)@usdoj.gov

And via regular US Mail, postage prepaid, to the following individuals or entities and all creditors on the matrix attached hereto and made a part hereof:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Joseph Topa
210 Wilmar Avenue
Mansfield, OH 44904

/s/ Deborah L Mack
Attorney for Debtor

**Ohio Financial Lawyers LLC**
53 East Main Street
Lexington, OH 44904
419.884.4600



**Joe Topa**
210 Wilmar Ave
Mansfield, OH 44903

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 02040 |
| **Invoice Date** | May 4, 2020 |
| **Payment Terms** | Due Date |
| **Due Date** | May 04, 2020 |

--------------------------------------------------------------------

## IN RE Topa, Joe CH13-F (20-60922)

### Flat Fees

| Date | Item | Description | Amount |
|---|---|---|---|
| 05/04/2020 | Flat Fee | Ch13 Attorney Fees. See fee agreement and disclosure of attorney compensation for details. | $3,900.00 |

Flat Fee Total: **$3,900.00**

### Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 05/04/2020 | DM | Filing fee for Chapter 13 (repay) bankruptcy | | $310.00 | 1.0 | $310.00 |
| 05/04/2020 | DM | Credit Report - single person | | $37.00 | 1.0 | $37.00 |

Expense Total: **$347.00**

| | |
|---|---|
| Flat Fee Sub-Total: | $3,900.00 |
| Expense Sub-Total: | $347.00 |
| **Sub-Total:** | $4,247.00 |
| | |
| **Total:** | $4,247.00 |
| **Amount Paid:** | $4,247.00 |
| **Balance Due:** | $0.00 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 20-60922-rk<br>Northern District of Ohio<br>Canton<br>Tue Jun 9 07:27:53 EDT 2020 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 |
| Advantage Credit Union Inc<br>700 N Stumbo Rd<br>Mansfield, OH 44906-1279 | Arbors of Mifflin<br>1600 Crider Rd<br>Mansfield, OH 44903-8524 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>PO Box 8801<br>Wilmington, DE 19899-8801 |
| Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899-8803 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| Capital One Walmart<br>PO Box 4069<br>Carol Stream, IL 60197-4069 | Capital One buy power card<br>PO Box 4069<br>Carol Stream, IL 60197-4069 | Central Ohio Primary Care<br>655 Africa Rd<br>Westerville, OH 43082-9808 |
| Commenity Capital Bank<br>PO Box 51319<br>Los Angeles, CA 90051-5619 | Commerce Bank<br>811 Main Street<br>10th Floor, KCBC-10<br>Kansas City, MO 64105-2005 | Commerce Bank<br>P O Box 411036<br>Kansas City, MO 64141-1036 |
| Community Medical Service<br>25400 West Eight Mile Rd<br>Southfield, MI 48033-3866 | Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91716-0500 | Credit One Bank<br>PO Box 98878<br>Las Vegas, NV 89193-8878 |
| Department Store National Bank/Macy's<br>Po Box 8218<br>Mason, OH 45040-8218 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Fresenius Kidney Care<br>647 Bally Row<br>Mansfield, OH 44906-2967 | HELP Financial Corp<br>PO Box 6408<br>Plymouth, MI 48170-8408 |
| Home Depot Credit Svc/Synchony<br>PO Box 9001010<br>Louisville, KY 40290-1010 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Macy's<br>PO Box 78008<br>Phoenix, AZ 85062-8008 |
| Mansfield Stark Summit<br>PO Box 6183<br>Hermitage, PA 16148-0922 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Merrick Bank/CardWorks<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |

| | | |
|---|---|---|
| Monroe and Main<br>1112 7th Ave<br>Monroe, WI 53566-1364 | National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Ohio Kidney Associates<br>929 Jasonway Ave<br>Columbus, OH 43214-2464 |
| (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>PO Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Deborah L. Mack<br>53 E Main Street<br>Lexington, OH 44904-1224 |
| Dynele L Schinker-Kuharich<br>Office of the Chapter 13 Trustee<br>200 Market Avenue North, Ste. LL30<br>Canton, OH 44702-1435 | Joseph Gary Topa<br>210 Wilmar Ave<br>Mansfield, OH 44903-2434 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | Pheonix Financial Services<br>8902 Otis Ave<br>Ste 103 A<br>Indianapolis, IN 46216 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   40<br>Bypassed recipients   1<br>Total   41 |