## Expenses

| Date | User | Activity | Description | Rate/Cost | Quantity | Total |
|---|---|---|---|---|---|---|
| 03/31/20 | Mack | bankruptcy | | $310.00 | 1 | $310.00 |
| 05/04/20 | Mack | Credit Report - single person | | $37.00 | 1 | $37.00 |
| | | | | | | $347.00 |

| Date | User | Activity | Description | Rate/Cost | Duration/Quantity | Total |
|---|---|---|---|---|---|---|
| 02/24/20 | Steff Dauch | Telephonic conference with client | | $100.00 | 0.1 | $10.00 |
| 02/26/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 03/23/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 03/26/20 | Mack | Scan | two documents | $200.00 | 0.1 | $20.00 |
| 03/30/20 | Heidi Elson | Telephone conference | | $75.00 | 0.1 | $7.50 |
| 03/30/20 | Debbie | Telephone conference | | $75.00 | 0.1 | $7.50 |
| 03/30/20 | Mack | Telephonic conference with client | documents with client regarding dropping off of documents | $75.00 | 0.1 | $7.50 |
| 03/30/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 04/03/20 | Mack | Scan | Scanned 11 documents | $200.00 | 0.1 | $20.00 |
| 04/03/20 | Mack | Research | | $200.00 | 1 | $200.00 |
| 04/03/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 04/07/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 04/10/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 04/21/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 04/22/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 04/24/20 | Mack | Scan | 1 document | $200.00 | 0.1 | $20.00 |
| 05/01/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 05/01/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 05/06/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 05/12/20 | Mack | Receive & review | telephone conference with client docs | $200.00 | 0.1 | $20.00 |
| 05/18/20 | Mack | Research | Researching court records | $200.00 | 1 | $200.00 |
| 05/18/20 | Mack | Review documentation from creditor | Reviewing credit report (all three) | $200.00 | 0.2 | $40.00 |
| 05/18/20 | Mack | Research | | $200.00 | 1 | $200.00 |
| 05/19/20 | Mack | Scan | Scanned in 12 documents | $200.00 | 0.1 | $20.00 |
| 05/19/20 | Mack | Scan | Scanned four documents | $200.00 | 0.1 | $20.00 |
| 05/19/20 | Mack | Telephonic conference with client | telephone conference with client | $200.00 | 0.1 | $20.00 |
| 05/20/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 05/20/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 05/20/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 05/20/20 | Mack | Scan | Two documents | $200.00 | 0.1 | $20.00 |
| 05/21/20 | Mack | Scan | Scan Driver's License | $200.00 | 0.1 | $20.00 |
| 05/21/20 | Mack | Scan | | $200.00 | 0.1 | $20.00 |

20-60922-jpg    Doc 66    FILED 11/07/22    ENTERED 11/07/22 18:04:36    Page 1 of 8

TOPA, JOSEPH  CASE #20-60922  ITEMIZATION OF EXPENSES/FEES  page 2 of 8

| Date | Person | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/21/20 | Mack | Prepare file | Pepared Pay advices for Upload | 0.1 | $20.00 |
| 05/22/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 05/22/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 05/22/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 05/26/20 | Mack | Scan | Scanned two documents | 0.1 | $20.00 |
| 05/26/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 05/26/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 05/26/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 05/27/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 05/27/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 06/01/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 06/01/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 06/01/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 06/02/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 06/02/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 06/02/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 06/02/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 06/04/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 06/09/20 | Mack | Research | | 1 | $200.00 |
| 06/10/20 | Assistant Office | Telephonic conference with client | called about sending pymt to trustee | 0.1 | $7.50 |
| 06/10/20 | Mack | Telephonic conference with client | called about sending pymt to trustee | 0.1 | $7.50 |
| 06/10/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 06/12/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 06/13/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 06/19/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 06/22/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 06/23/20 | Mack | Client office conference | ref case | 0.5 | $100.00 |
| 06/23/20 | Debbie | Client office conference | ref case | 0.5 | $100.00 |
| 06/23/20 | Mack | Research | | 1 | $200.00 |
| 06/24/20 | Mack | Scan | Scanned one document | 0.1 | $20.00 |
| 06/30/20 | Mack | Receive & review | Receive, review, scan, documents | 0.1 | $20.00 |
| 07/01/20 | Debbie | Draft court documentation | Prepared documents for petition; electronic signature and scan documents | 2 | $400.00 |
| 07/03/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 07/06/20 | Mack | Review File | Organized 30 jpg documents | 0.5 | $100.00 |
| 07/09/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |

| Date | Person | Activity | Description | Amount | Hours | Total |
|---|---|---|---|---|---|---|
| 07/09/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 07/10/20 | Mack | Telephone conference | | $200.00 | 0.1 | $20.00 |
| 07/10/20 | Debbie | Telephone conference | resign forms and application | $200.00 | 0.1 | $20.00 |
| 07/10/20 | Mack | Telephonic conference with client | resign forms and application | $200.00 | 0.1 | $20.00 |
| 07/10/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 07/10/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 07/13/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 07/15/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 07/22/20 | Aimee Kline | Telephone conference | spoke with creditor about account | $150.00 | 0.2 | $30.00 |
| 07/22/20 | Mack | Telephone conference | spoke with creditor about account | $150.00 | 0.2 | $30.00 |
| 07/24/20 | Mack | Client office conference | review and answer questions | $200.00 | 1 | $200.00 |
| 07/24/20 | Debbie | Client office conference | review and answer questions | $200.00 | 1 | $200.00 |
| 07/28/20 | Assistant Office | Telephone conference | to come in and sign papers | $75.00 | 0.1 | $7.50 |
| 07/28/20 | Debbie | Telephone conference | to come in and sign papers | $75.00 | 0.1 | $7.50 |
| 07/30/20 | Mack | Drafting | Review and draft notice of amended plan and confirmation | $100.00 | 0.5 | $50.00 |
| 07/30/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 07/30/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 07/30/20 | Sarah M. Twyford | Drafting | Review and draft notice of amended plan and confirmation | $100.00 | 0.5 | $50.00 |
| 08/03/20 | Debbie | Drafting | draft motion to withdraw document, amended schedules and form 122, certificate of service | $100.00 | 0.75 | $75.00 |
| 08/03/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 08/03/20 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 08/03/20 | Sarah M. Twyford | Drafting | amended schedules and form 122, certificate of service | $100.00 | 0.75 | $75.00 |
| 08/04/20 | Debbie | Draft court documentation | Review and draft notice of amended plan and confirmation | $100.00 | 0.75 | $75.00 |
| 08/04/20 | Debbie | Drafting | Prepare and e-file notice of amended plan and confirmation hearing date | $100.00 | 0.5 | $50.00 |
| 08/04/20 | Mack | Drafting | | | | |
| 08/04/20 | Sarah M. Twyford | Draft court documentation | Review and draft notice of amended plan and confirmation | $100.00 | 0.75 | $75.00 |

| Date | Person | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/04/20 | Sarah M. Twyford | Drafting | Prepare and e-file notice of amended plan and confirmation hearing date | 0.5 | $50.00 |
| 08/10/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 08/11/20 | Mack | Receive & review | POC Overview | 0.1 | $20.00 |
| 08/17/20 | Aimee Kline | Client office conference | talked w/Joe about creditors | 0.3 | $45.00 |
| 08/17/20 | Debbie | Client office conference | talked w/Joe about creditors | 0.3 | $45.00 |
| 08/17/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 08/17/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 08/18/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 08/19/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 08/21/20 | Aimee Kline | Telephone conference | w/client | 0.1 | $15.00 |
| 08/21/20 | Debbie | Telephone conference | w/client | 0.1 | $15.00 |
| 08/21/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 08/28/20 | Mack | Review court document | | 0.1 | $20.00 |
| 08/31/20 | Debbie | Attend court hearing | Topa Continued Meeting of the Creditors - discuss estimates for house repair with attorney for trustee; should be last missing component; go through entire list of trustee concerns after initial 341 meeting | 0.25 | $50.00 |
| 08/31/20 | Mack | Attend court hearing | Topa Continued Meeting of the Creditors - discuss estimates for house repair with attorney for trustee; should be last missing component; go through entire list of trustee concerns after initial 341 meeting | 0.25 | $50.00 |
| 09/02/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 09/01/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 08/31/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 09/08/20 | Debbie | Review court document | Review Trustee's Objection | 0.1 | $10.00 |
| 09/08/20 | Mack | Review court document | Review Trustee's Objection | 0.1 | $20.00 |
| 09/08/20 | Sarah M. Twyford | Telephone conference | AO sent to Trustee | 0.1 | $10.00 |
| 09/09/20 | Mack | Telephone conference | AO sent to Trustee | 0.1 | $20.00 |
| 09/09/20 | Debbie | Telephonic conference with client | AO sent to Trustee | 0.1 | $10.00 |
| 09/09/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 09/09/20 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 09/10/20 | Mack | Telephonic conference with client | phone call | 0.1 | $20.00 |
| 09/11/20 | Aimee Kline | Telephone conference | phone call | 0.1 | $15.00 |
| 09/11/20 | Debbie | Telephone conference | | 0.1 | $15.00 |
| 09/11/20 | Mack | Telephonic conference with client | phone call | 0.1 | $15.00 |

| Date | Attorney | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/11/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 09/15/20 | Aimee Kline | Telephone conference | $150.00 | 0.1 | $15.00 |
| 09/15/20 | Debbie | TC/client | $150.00 | 0.1 | $15.00 |
| 09/15/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 09/17/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 09/17/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 09/18/20 | Aimee Kline | Telephone conference | $150.00 | 0.1 | $15.00 |
| 09/18/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 09/21/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 09/22/20 | Aimee Kline | Telephone conference | $150.00 | 0.1 | $15.00 |
| 09/22/20 | Debbie | call w/client | $150.00 | 0.1 | $15.00 |
| 09/22/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 09/23/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 09/25/20 | Aimee Kline | Telephone conference about court document | $150.00 | 0.1 | $15.00 |
| 09/25/20 | Mack | Telephonic conference with client | $150.00 | 0.1 | $15.00 |
| 09/25/20 | Mack | Telephonic conference with client; review court document | $200.00 | 0.1 | $20.00 |
| 10/09/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 11/09/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 11/17/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 12/04/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 12/10/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 12/15/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 12/16/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 12/18/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 12/23/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 12/28/20 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 01/08/21 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 01/08/21 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 01/14/21 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 01/20/21 | Aimee Kline | Telephone conference | $175.00 | 0.1 | $17.50 |
| 01/20/21 | Debbie | telephone conference with client | $200.00 | 0.1 | $20.00 |
| 01/20/21 | Mack | Telephonic conference with client | $200.00 | 0.1 | $20.00 |
| 01/21/21 | Aimee Kline | Telephone Conference with Barclay | $175.00 | 0.3 | $52.50 |

| Date | Person | Activity | Description | Amount | Hours | Total |
|---|---|---|---|---|---|---|
| 01/21/21 | Debbie | Telephone conference | | $175.00 | 0.3 | $52.50 |
| 01/29/21 | Mack | Telephonic conference with client | Telephone Conference with Barclay | $200.00 | 0.1 | $20.00 |
| 02/01/21 | Aimee Kline | Telephone conference | | $75.00 | 0.1 | $7.50 |
| 02/01/21 | Mack | Telephone conference | | $75.00 | 0.1 | $7.50 |
| 02/01/21 | Debbie | Receive & review | | $200.00 | 0.1 | $20.00 |
| 02/01/21 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 02/01/21 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 02/02/21 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 02/03/21 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 02/05/21 | Aimee Kline | Left Message | | $75.00 | 0.1 | $7.50 |
| 02/05/21 | Aimee Kline | Meeting | Left Voicemail to ADV credit union meeting with client | $75.00 | 0.2 | $15.00 |
| 02/05/21 | Debbie | Left Message | Left Voicemail to ADV credit union | $75.00 | 0.1 | $7.50 |
| 02/05/21 | Mack | Meeting | meeting with client | $75.00 | 0.2 | $15.00 |
| 02/05/21 | Mack | Telephonic conference with client | review BS | $200.00 | 0.1 | $20.00 |
| 02/11/21 | Aimee Kline | Receive & review | Review POC | $75.00 | 0.2 | $15.00 |
| 02/11/21 | Debbie | Receive & review | review BS | $75.00 | 0.2 | $15.00 |
| 02/11/21 | Mack | Receive & review | Review POC | $75.00 | 0.2 | $15.00 |
| 02/16/21 | Aimee Kline | Left Message | for Barclay | $175.00 | 0.1 | $17.50 |
| 02/16/21 | Debbie | Left Message | for Barclay | $200.00 | 0.1 | $20.00 |
| 02/16/21 | Mack | Left Message | for Barclay | $200.00 | 0.1 | $20.00 |
| 03/02/21 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 04/16/21 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 04/26/21 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 07/02/21 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 07/02/21 | Mack | Telephonic conference with client | | $175.00 | 0.1 | $17.50 |
| 07/19/21 | Aimee Kline | Telephonic conference with client | | $175.00 | 0.1 | $17.50 |
| 07/19/21 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 07/19/21 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 08/16/21 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 10/20/21 | Heidi Elson | Telephonic conference with client | | $100.00 | 0.1 | $10.00 |
| 10/20/21 | Aimee Kline | Telephonic conference with client | telephone conference with client | $225.00 | 0.1 | $22.50 |

| Date | Person | Description | Detail | Amount | Hours | Total |
|---|---|---|---|---|---|---|
| 10/20/21 | Mack | Telephonic conference with client | | $225.00 | 0.1 | $22.50 |
| 12/14/21 | Heidi Elson | Telephonic conference with client | | $100.00 | 0.1 | $10.00 |
| 12/15/21 | Heidi Elson | Telephonic conference with client | | $100.00 | 0.1 | $10.00 |
| 01/31/22 | Heidi Elson | Telephonic conference with client | | $100.00 | 0.1 | $10.00 |
| 03/01/22 | Debbie | Office Conference with client | office conference | $200.00 | 1 | $200.00 |
| 04/11/22 | Mack | Telephonic conference with client | | $100.00 | 0.1 | $10.00 |
| 04/11/22 | Heidi Elson | Telephonic conference with client | | $100.00 | 0.1 | $10.00 |
| 04/12/22 | Heidi Elson | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 04/12/22 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 04/14/22 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 04/18/22 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 05/17/22 | Heidi Elson | Telephonic conference with client | | $100.00 | 0.1 | $10.00 |
| 06/08/22 | Heidi Elson | Telephonic conference with client | | $100.00 | 0.1 | $10.00 |
| 06/09/22 | Heidi Elson | Telephonic conference with client | | $100.00 | 0.1 | $10.00 |
| 06/13/22 | Heidi Elson | Telephonic conference with client | | $100.00 | 0.1 | $10.00 |
| 07/14/22 | Heidi Elson | Telephonic conference with client | | $100.00 | 0.1 | $10.00 |
| 07/18/22 | Heidi Elson | Telephonic conference with client | | $100.00 | 0.1 | $10.00 |
| 07/18/22 | Debbie | Office Conference with client | Office conference to go over POC in ch13 | $200.00 | 0.5 | $100.00 |
| 07/18/22 | Mack | Receive & review | POC Overview email to/fr trustee | $200.00 | 0.1 | $20.00 |
| 07/20/22 | Debbie | Email | tc w client re final payment | $200.00 | 0.1 | $20.00 |
| 07/21/22 | Mack | Telephonic conference with client | CMRRR, for final payment; scope of chapter 13 and why better to PIF to pay less interest | $200.00 | 0.1 | $20.00 |
| 07/21/22 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 07/22/22 | Mack | Office Conference with client | | $200.00 | 0.5 | $100.00 |
| 07/22/22 | Mack | Telephonic conference with client | | $200.00 | 0.1 | $20.00 |
| 07/27/22 | Mack | Office Conference with client | Mr. Topa requested an appointment to answer a few questions. | $200.00 | 1 | $200.00 |
| 08/11/22 | Mack | Telephonic conference with client; drafted fee application | | $200.00 | 0.1 | $20.00 |

TOPA, JOSEPH CASE #20-60922     ITEMIZATION OF EXPENSES/FEES     page 8 of 8

| Date | Person | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 08/14/22 | Debbie Mack | Telephonic conference with client | tc re receipt and his health, new RX; pick up appl for atty fees Monday | 0.1 | $20.00 |
| 08/15/22 | Heidi Elson | Telephonic conference with client | | 0.1 | $10.00 |
| 08/18/22 | Heidi Elson | Telephonic conference with client | | 0.1 | $10.00 |
| 08/18/22 | Heidi Elson | Telephonic conference with client | | 0.1 | $10.00 |
| 08/21/22 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 08/24/22 | Debbie Mack | Telephonic conference with client | called about non-filing POC Arbors $109 which he owes zero. Anyone who did not file a POC is not owed any $. DLM had researched when she was out there because he was mad at them about the bill because he saw it on the creditor matrix. | 0.5 | $100.00 |
| 08/24/22 | Heidi Elson | Telephonic conference with client | | 0.2 | $20.00 |
| 08/24/22 | Debbie Mack | Receive & review | POC Overview | 0.1 | $20.00 |
| 09/26/22 | Debbie Mack | Email | email fr Sara Biddle re: Order for Atty fees | 0.1 | $20.00 |
| 09/30/22 | Debbie Mack | Email | email fr trustee re: Order Denying Application for Compensation | 0.1 | $200.00 |
| 09/30/22 | Heidi Elson | Draft court documents; telephonic conference with client | | 0.3 | $30.00 |
| 10/03/22 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 10/04/22 | Mack | Draft court documents | | 0.5 | $100.00 |
| 10/04/22 | Cartier | Client sign court documents; upload | | 0.1 | $10.00 |
| 10/10/22 | Cartier | Telephonic conference with client | | 0.1 | $10.00 |
| 10/10/22 | Heidi Elson | Upload to Trustee | Drafted and Uploaded Application for Compensation, Notice of Application, Order Granting Motion | 1 | $100.00 |
| 10/10/22 | Debbie Mack | Telephonic conference with client | question about credit union demanding $$ | 0.1 | $20.00 |
| 10/10/22 | Mack | Telephonic conference with client | | 0.1 | $20.00 |
| 10/12/22 | Cartier | Telephonic conference with client | | 0.1 | $10.00 |
| 10/19/22 | Cartier | Telephonic conference with client | | 0.1 | $10.00 |
| | | **Attorney fees** | | | **$7,020.00** |

20-60922-jpg   Doc 66   FILED 11/07/22   ENTERED 11/07/22 18:04:36   Page 8 of 8